FILED

Date: 08/22/23

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:23-cr-81-JA-PRL
18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(1)(A)

KINGSLEY SAMUEL RICHARD WILSON
VIVIANA RODRIGUEZ

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on or about January 10, 2022, and continuing through July 25, 2023, in the Middle District of Florida, the defendant,

**KINGSLEY SAMUEL RICHARD WILSON,**
**and**
**VIVIANA RODRIGUEZ,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of 18 U.S.C. §§ 2, 922(a)(1)(A), and 924(a)(1)(D).

## COUNT TWO

On or about April 16, 2022, in the Middle District of Florida, the defendant,

**KINGSLEY SAMUEL RICHARD WILSON,**

in connection with the acquisition of a firearm, that is, a Smith & Wesson firearm, a Smith & Wesson firearm, a Taurus firearm, a Taurus firearm, and a Taurus firearm,

from Uber Pawn and Jewelry LLC., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

### COUNT THREE

On or about April 16, 2022, in the Middle District of Florida, the defendant,

**KINGSLEY SAMUEL RICHARD WILSON,**

knowingly made a false statement and representation to employees of Uber Pawn and Jewelry LLC., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Uber Pawn and Jewelry LLC., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Smith & Wesson firearm, a Smith & Wesson firearm, a Taurus firearm, a Taurus firearm, and a Taurus firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

2

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT FOUR

On or about May 27, 2022, in the Middle District of Florida, the defendant,

### VIVIANA RODRIGUEZ,

in connection with the acquisition of a firearm, that is, an HS Produkt firearm, an HS Produkt firearm, an HS Produkt firearm, an HS Produkt firearm, a Glock firearm, and a Glock firearm, from Uber Pawn and Jewelry LLC., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew she was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT FIVE

On or about May 27, 2022, in the Middle District of Florida, the defendant,

### VIVIANA RODRIGUEZ,

knowingly made a false statement and representation to employees of Uber Pawn and Jewelry LLC., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by

3

the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Uber Pawn and Jewelry LLC., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, an HS Produkt firearm, an HS Produkt firearm, an HS Produkt firearm, an HS Produkt firearm, a Glock firearm, and a Glock firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT SIX

On or about June 25, 2022, in the Middle District of Florida, the defendant,

### VIVIANA RODRIGUEZ,

in connection with the acquisition of a firearm, that is, a Glock firearm, a Glock firearm, a Glock firearm, a Taurus firearm, a Taurus firearm, an HS Produkt firearm, and an HS Produkt firearm, from Uber Pawn and Jewelry LLC., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew she was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

4

## COUNT SEVEN

On or about June 25, 2022, in the Middle District of Florida, the defendant,

**VIVIANA RODRIGUEZ,**

knowingly made a false statement and representation to employees of Uber Pawn and Jewelry LLC., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Uber Pawn and Jewelry LLC., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Glock firearm, a Glock firearm, a Glock firearm, a Taurus firearm, a Taurus firearm, an HS Produkt firearm, and an HS Produkt firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT EIGHT

On or about July 16, 2022, in the Middle District of Florida, the defendant,

**KINGSLEY SAMUEL RICHARD WILSON,**

in connection with the acquisition of a firearm, that is, a Taurus firearm and a Taurus firearm from Uber Pawn and Jewelry LLC., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the

5

sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT NINE

On or about July 16, 2022, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

knowingly made a false statement and representation to employees Uber Pawn and Jewelry LLC., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Uber Pawn and Jewelry LLC., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Taurus firearm and a Taurus firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

6

## COUNT TEN

On or about July 23, 2022, in the Middle District of Florida, the defendant,

**KINGSLEY SAMUEL RICHARD WILSON,**

in connection with the acquisition of a firearm, that is, a Glock firearm, a Glock firearm, and a Glock firearm, from Uber Pawn and Jewelry LLC., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT ELEVEN

On or about July 23, 2022, in the Middle District of Florida, the defendant,

**KINGSLEY SAMUEL RICHARD WILSON,**

knowingly made a false statement and representation to employees of Uber Pawn and Jewelry LLC., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Uber Pawn and Jewelry LLC., in that the defendant did execute a Department of

7

Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Glock firearm, a Glock firearm, and a Glock firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT TWELVE

On or about October 31, 2022, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

in connection with the acquisition of a firearm, that is, an HS Produkt firearm, an HS Produkt firearm, a Glock firearm, and a Glock firearm, from DVO Investments LLC., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

8

## COUNT THIRTEEN

On or about October 31, 2022, in the Middle District of Florida, the defendant,

**KINGSLEY SAMUEL RICHARD WILSON,**

knowingly made a false statement and representation to employees DVO Investments LLC., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of DVO Investments LLC., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a, an HS Produkt firearm, an HS Produkt firearm, a Glock firearm, and a Glock firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT FOURTEEN

On or about November 2, 2022, in the Middle District of Florida, the defendant,

**KINGSLEY SAMUEL RICHARD WILSON,**

in connection with the acquisition of a firearm, that is, an HS Produkt firearm and a Smith & Wesson firearm, from Uber Pawn and Jewelry LLC., a federally licensed

9

firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT FIFTEEN

On or about November 2, 2022, in the Middle District of Florida, the defendant,

**KINGSLEY SAMUEL RICHARD WILSON,**

knowingly made a false statement and representation to employees of Uber Pawn and Jewelry LLC., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Uber Pawn and Jewelry LLC., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, an HS Produkt firearm and a Smith & Wesson firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

10

## COUNT SIXTEEN

On or about November 2, 2022, in the Middle District of Florida, the defendant,

### VIVIANA RODRIGUEZ,

in connection with the acquisition of a firearm, that is, a Glock firearm, a Glock firearm, and an HS Produkt firearm, from Uber Pawn and Jewelry LLC., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew she was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT SEVENTEEN

On or about November 2, 2022, in the Middle District of Florida, the defendant,

### VIVIANA RODRIGUEZ,

knowingly made a false statement and representation to employees Uber Pawn and Jewelry LLC., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the

11

provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Uber Pawn and Jewelry LLC., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Glock firearm, a Glock firearm, and an HS Produkt firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT EIGHTEEN

On or about November 26, 2022, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

in connection with the acquisition of a firearm, that is, a Glock firearm, a Glock firearm, and a Glock firearm, from Florida Shore Firearms LLC., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

12

## COUNT NINTEEN

On or about November 26, 2022, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

knowingly made a false statement and representation to employees of Florida Shore Firearms LLC., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Florida Shore Firearms LLC., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Glock firearm, a Glock firearm, and a Glock firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT TWENTY

On or about November 26, 2022, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

in connection with the acquisition of a firearm, that is, a Glock firearm, a Glock firearm, and a Glock firearm, from Queen of Pawns and Jewellery Inc., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement

13

intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TWENTY-ONE

On or about November 26, 2022, in the Middle District of Florida, the defendant,

**KINGSLEY SAMUEL RICHARD WILSON,**

knowingly made a false statement and representation to employees of Queen of Pawns and Jewellery Inc., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Queen of Pawns and Jewellery Inc., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Glock firearm, a Glock firearm, and a Glock firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

14

## COUNT TWENTY-TWO

On or about November 27, 2022, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

in connection with the acquisition of a firearm, that is, a Glock firearm, a Glock firearm, a Glock firearm, and a Glock firearm, from Queen of Pawns and Jewellery Inc., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TWENTY-THREE

On or about November 27, 2022, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

knowingly made a false statement and representation to employees of Queen of Pawns and Jewellery Inc., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by

15

the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Queen of Pawns and Jewellery Inc., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Glock firearm, a Glock firearm, a Glock firearm, and a Glock firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT TWENTY-FOUR

On or about December 16, 2022, in the Middle District of Florida, the defendant,

### VIVIANA RODRIGUEZ,

in connection with the acquisition of a firearm, that is, a Glock firearm, from DVO Investments Inc., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew she was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

16

## COUNT TWENTY-FIVE

On or about December 16, 2022, in the Middle District of Florida, the defendant,

### VIVIANA RODRIGUEZ,

knowingly made a false statement and representation to employees DVO Investments Inc., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of DVO Investments Inc., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Glock firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT TWENTY-SIX

On or about April 7, 2023, in the Middle District of Florida, the defendant,

### VIVIANA RODRIGUEZ,

in connection with the acquisition of a firearm, that is, a Taurus firearm, from Addison's Gun Shop Inc., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18,

17

United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew she was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

### COUNT TWENTY-SEVEN

On or about April 7, 2023, in the Middle District of Florida, the defendant,

**VIVIANA RODRIGUEZ,**

knowingly made a false statement and representation to employees of Addison's Gun Shop Inc., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Addison's Gun Shop Inc., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Taurus firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

18

## COUNT TWENTY-EIGHT

On or about April 8, 2023, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

in connection with the acquisition of a firearm, that is, a Taurus firearm, from Addison's Gun Shop Inc., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew she was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TWENTY-NINE

On or about April 8, 2023, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

knowingly made a false statement and representation to employees of Addison's Gun Shop Inc., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Addison's Gun Shop Inc., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms

19

Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Taurus firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT THIRTY

On or about June 29, 2023, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

in connection with the acquisition of a firearm, that is, an HS Produkt firearm, from DVO Investments Inc., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT THIRTY-ONE

On or about June 29, 2023, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

knowingly made a false statement and representation to employees of DVO Investments Inc.,, a federally licensed firearms dealer under the provisions of

20

Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of DVO Investments Inc., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, an HS Produkt firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT THIRTY-TWO

On or about July 2, 2023, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

in connection with the acquisition of a firearm, that is, a Taurus firearm, a Glock firearm, and a Glock firearm, from Enhanced Firearms LLC., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

21

## COUNT THIRTY-THREE

On or about July 2, 2023, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

knowingly made a false statement and representation to employees of Enhanced Firearms LLC., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Enhanced Firearms LLC., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Taurus firearm, a Glock firearm, and a Glock firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT THIRTY-FOUR

On or about July 8, 2023, in the Middle District of Florida, the defendant,

### VIVIANA RODRIGUEZ,

in connection with the acquisition of a firearm, that is, a Glock firearm, from Addison's Gun Shop Inc., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF

22

Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew she was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT THIRTY-FIVE

On or about July 8, 2023, in the Middle District of Florida, the defendant,

### VIVIANA RODRIGUEZ,

knowingly made a false statement and representation to employees of Addison's Gun Shop Inc., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Addison's Gun Shop Inc., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Glock firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT THIRTY-SIX

On or about July 18, 2023, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

in connection with the acquisition of a firearm, that is, a Glock firearm and a Taurus

firearm, from Addison's Gun Shop Inc., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT THIRTY-SEVEN

On or about July 18, 2023, in the Middle District of Florida, the defendant,

### KINGSLEY SAMUEL RICHARD WILSON,

knowingly made a false statement and representation to employees of Addison's Gun Shop Inc., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Addison's Gun Shop Inc.,, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, a Glock firearm and a Taurus firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

24

## COUNT THIRTY-EIGHT

On or about July 25, 2023, in the Middle District of Florida, the defendant,

**VIVIANA RODRIGUEZ,**

in connection with the acquisition of a firearm, that is, an HS Produkt firearm and a Glock firearm, from Addison's Gun Shop, Inc., a federally licensed firearms dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit, answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew she was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT THIRTY-NINE

On or about July 25, 2023, in the Middle District of Florida, the defendant,

**VIVIANA RODRIGUEZ,**

knowingly made a false statement and representation to employees of Addison's Gun Shop, Inc., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United State Code, to be kept in the records of Addison's Gun Shop, Inc., in that the defendant did execute a Department of

25

Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant was the actual transferee/buyer of a firearm, specifically, an HS Produkt firearm, and a Glock firearm, when in truth and fact, the defendant was not the actual transferee/buyer.

In violation of 18 U.S.C. § 924(a)(1)(A).

## FORFEITURE

1. The allegations contained in Counts One through Thirty-Nine are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. §§ 922 and 924, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

26

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: Sarah Swartzberg

Sarah Janette Swartzberg
Assistant United States Attorney

By:

Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34

August 23

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

KINGSLEY SAMUEL RICHARD WILSON
VIVIANA RODRIGUEZ

### INDICTMENT

Violations: 18 U.S.C. § 922(a)(1)(A) – 1 Count
18 U.S.C. § 922(a)(6) – 19 Counts
18 U.S.C. § 924(a)(1)(A) – 19 Counts

A true bill,

_____

Foreperson

Filed in open court this 22nd day

of August 2023.

_____
Clerk

Bail $_____

GPO 863 525